IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICHARD W. EARL SR. a/k/a RICHARD
WILLIAM EARL AND IDA R. EARL
a/k/a IDA RUTH EARL,

    Defendants.

Civil Action No. 2: 19-CV-01108

## JUDGMENT

AND NOW, to wit, this 26th day of November, 2019, after presentation and consideration of the foregoing Motion Upon Default for Judgment in Mortgage Foreclosure, heretofore filed by the Plaintiff, United States of America, it is hereby ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that Judgment in Mortgage Foreclosure by Default is hereby entered against Defendants, Richard W. Earl Sr. a/k/a Richard William Earl and Ida R. Earl a/k/a Ida Ruth Earl, for failure to answer and in favor of Plaintiff, United States of America, as follows:

| | |
|---|---|
| Principal | $114,516.36 |
| Interest through 7/31/2019 | $ 29,361.25 |
| Administrative Charges Due | $ 60,309.08 |
| Attorney fees | $ 1,500.00 |
| TOTAL | $205,686.69 |

together with interest at 6.375% per annum to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for the purpose of satisfying Plaintiff's Judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

_____
United States District Court Judge